UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

LAWRENCE NORMAN MAIN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 01-87 (PAM/JMM)

ORDER

On January 16, 2001, Petitioner, a federal prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that his sentence is unconstitutional in light of the Supreme Court's decision in Apprendi v. New Jersey, 120 S.Ct. 2348 (2000).

The Respondent is directed to make a return in writing on or before February 11, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to substantiate the lawfulness and expected duration of Petitioner's confinement;

2) A reasoned memorandum of law and fact fully stating Respondent's legal position and recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of statutory requirements and other pertinent authority;

3) Certified copies of all court documents and/or prison records that may be material to the issues raised by the petition.

FILED JAN 22 2001

DEPUTY CLERK

The Court will entertain a motion to grant the relief requested in the Petition if a written return is not filed by February 11, 2001, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the parties shall await the further order of this Court.

Dated: January 14, 2001.

JOHN M. MASON
United States Magistrate Judge