UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lawrence Norman Main, Civil File No. 01-87 (PAM/JMM)

Plaintiff,

v. **ORDER**

United States of America,

Defendant.

---

This matter is before the Court on Plaintiff's objections to United States Magistrate Judge John M. Mason's Report and Recommendation dated April 17, 2001, dismissing Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1)(B); Local Rule 72.1(c)(2). Based on that review, the Court concurs with the rationale and conclusions of the Magistrate Judge. Hence, the Court adopts the Report and Recommendation, and dismisses Plaintiff's Petition for Writ of Habeas Corpus without prejudice. Should the Supreme Court determine that Apprendi v. New Jersey, 530 U.S. 466 (2000), applies retroactively on collateral review, Plaintiff may refile his Petition after receiving permission to do so from the Eighth Circuit.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge John M. Mason's Report and Recommendation (Clerk Doc. No. 8) is **ADOPTED**;

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 04 2001
DEPUTY CLERK

2. Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Clerk Doc. No. 1) is **DENIED**; and

3. Plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**.

Dated: May 3, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: MAY 04 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995