# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lawrence Norman Main

Plaintiff

v.

United States of America

Defendants

Case No. Civil 01-87 PAM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge John M. Mason's report and recommendation is adopted. Plaintiff's petition for writ of habeas corpus is denied. Plaintiff's petition for writ of habeas corpus is dismissed without prejudice.

DATE: May 3, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk